### FONTANA v. CHRONICLE–TELEGRAPH CO.

(Circuit Court, S. D. New York. December 11, 1897.)

SERVICE OF PROCESS—FOREIGN CORPORATIONS—RESIDENT AGENTS.
 Debts due a foreign corporation from solvent debtors residing in New York constitute "property within the state," in the meaning of Code Civ. Proc. § 432, authorizing service on a "managing agent" of a foreign corporation having property in the state, under certain circumstances.

This was an action by Alfred G. Fontana against the Chronicle-Telegraph Company. The case was heard on motion to set aside service of summons.

Paul D. Cravath, for the motion.
H. H. Walker, opposed.

LACOMBE, Circuit Judge. It seems unnecessary to add anything to what was said in disposing of similar motions in Union Associated Press v. Times Printing Co., 83 Fed. 822, as the facts, except in one particular, are substantially the same. It appears, however, that there are debts due to defendant from solvent debtors residing in this state. This may fairly be held to be "property within this state," within the meaning of section 432 of the Code of Civil Procedure. The motion is therefore denied.